UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

       v.                                 22-MJ- 55

HASSAN MOUSSA FARES,

       Defendant.

_____

## **ORDER**

    To allow the arrest warrant to be effectuated, the criminal complaint and supporting affidavit in this case shall remain under seal until further order of the Court.

    **NOW,** upon the request of the government, it is hereby

    **ORDERED** that the criminal complaint and supporting affidavit in this case will remain sealed until the arrest warrant is executed, at which time the complaint will be unsealed.

    DATED: Buffalo, New York, April 8 , 2022.

                                *H Kenneth Schroeder, Jr*
                               _____
                               HON. H. KENNETH SCHROEDER, JR.
                               UNITED STATES MAGISTRATE JUDGE